IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RE: LOVE BLAIR                                    CASE NO: 6:16-bk-70700 B
DEBTOR                                          CHAPTER 13

## REPORT OF UNCLAIMED FUNDS
## PURSUANT TO FRBP 3011

The undersigned Trustee of the above-styled estate states as follows for his report of unclaimed funds:

1. Ninety (90) days have elapsed since the final distribution of funds in this estate. The account of this estate reflects that the following amounts are still on deposit, which amounts represent payments mailed to the named payee. The funds have been stale dated by the Trustee's office. The Trustee has been in contact with the deceased's family for over a year. The Trustee mailed the funds to the debtor's last known address on six occasions to various addressees provided by the family, and the mail was not returned. The Trustee is unaware of any probate proceeding initiated with respect to the Estate.

| Payee Name | | Dividend Amount |
|---|---|---|
| Love Blair (Deceased) | | $2,181.00 |
| PO Box 482 | | |
| Royal, AR 71968 | | |

| Trustee's Cancelled Checks No.: | | |
|---|---|---|
| #434848 | $2,181.00 | December 1, 2016 |
| #442821 | $2,181.00 | April 1, 2017 |
| #454906 | $2,181.00 | December 1, 2017 |
| #448962 | $2,181.00 | August 29, 2017 |
| #460818 | $2,181.00 | April 20, 2018 |
| #460818 | $2,181.00 | July 23, 2018 |

2. Payment has been stopped on the above listed checks. The funds are being remitted to the Court due to the failure of the debtor's heirs to negotiate the deposit of the check.

3.      Pursuant to 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, a check has been tendered to "U.S. Bankruptcy Court Clerk" in the amount of $2,181.00. This amount should be deposited in the Federal Reserve for the benefit of the debtor payee.

DATE:  July 27, 2018

Respectfully submitted,

 /s/ Jack W. Gooding
Jack W. Gooding
Chapter 13 Standing Trustee
P. O. Box 8202
Little Rock, AR 72221
(501) 537-4400

**CERTIFICATE OF SERVICE**

I, Jack W. Gooding, do hereby certify that a true and correct copy of the foregoing document has been mailed this 27th day of July, 2018, with sufficient postage to assure delivery to Love Blair, PO Box 482, Royal, AR 71968 & The Estate of Love Blair, c/o Rebekyah Brewer, 4513 Larner, St., Colony, TX 75056; and by electronic notice to The Center for Arkansas Legal Services, Attorney for Debtor.

 /s/ Jack W. Gooding
Jack W. Gooding